**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-15428 |
| | § | |
| RICHARD LOHRSTORFER | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2008. The undersigned trustee was appointed on 06/16/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                           $52,011.88

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $469.23 |
    | Other Payments to creditors | $1,255.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $50,287.65 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/27/2009 and the deadline for filing government claims was 01/27/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,850.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,850.59, for a total compensation of $5,850.59[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/17/2010                              By:   /s/ Horace Fox, Jr.
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 08-15428 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | LOHRSTORFER, RICHARD | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 12/17/2010 | §341(a) Meeting Date: | 07/14/2008 |
| | | Claims Bar Date: | 01/27/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 900 N. Quince, Mount Prospect, IL (estimated equitiy of debtor - $100,000.00) - no exemption claime | $360,000.00 | $51,978.00 | DA | $51,978.00 | FA |
| **Asset Notes:** | debtor's spouse owns property also. We paid$5412.84 to the seller ( mortgage costs, debtor was to have paid )to keep this deal alive after 2 contracts fell through. | | | | | |
| 2 | Cash | $200.00 | $0.00 | DA | $0.00 | FA |
| 3 | Bank Accounts | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | Household goods  (u) | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Clothing | $600.00 | $0.00 | DA | $0.00 | FA |
| 6 | Clothing | $600.00 | $0.00 | DA | $0.00 | FA |
| 7 | 2002 Mitsubishi Galant DE Sedan 4D, owned jointly.  (u) | $2,580.00 | $2,580.00 | DA | $0.00 | FA |
| **Asset Notes:** | 1290.00 at issue will be abandoned. | | | | | |
| 8 | 2002 Volkswagen Jetta GL Sedan 4D | $6,270.00 | $3,431.00 | DA | $0.00 | FA |
| **Asset Notes:** | Title is in the name of debtor and daughter | | | | | |
| 9 | 2004 Ford Focus SE Sedan 4D  (u) | $4,900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | amended b, c and d filed. vehicle is jointly owned | | | | | |
| 10 | life insurance | $4,758.63 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned  (u) | Unknown | Unknown | | $33.88 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                                 **Gross Value of Remaining Assets**

$382,908.63     $57,989.00     $52,011.88     $0.00

**Major Activities affecting case closing:**

100k equity ea spouse/ getting prop settle ag and broker info. Hire broker

Attorney hired.  Motion to approve sale of real estate, set  1.22.09

Sale of residence fell through today due to seasonal work of husband.  Bank who knew of this problem won't close till he receives a paycheck in early March.

2.12.09 mtn to employ Peter Wilfer as sp cnsl to close r/e transaction set for 2.13.09.  Second closing fell through due to concerns about the roof, which may need to be replaced.  Still attempting to seel r/e.

Filed motion to sell residence after 2 contracts fell through.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 12/17/2010 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 01/27/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Got Hud-1.

Requested acct., accountant hired, forwarded forms 1 and 2 and taxes to acct, requested time estimates, examined claims.
1.7.10 accountant employed.  Forwarded forms 1 and 2 to Lois West.  Need her fees and fees for attorney.

5.14.10 Emailed accoutant forms 1 and 2  and Hud 1, requesting taxes.  E mailed attorney for debtor for basis of r/e sold and balance on mtge.  Tee and attorney fee apps prepared.
5.28.10
Post petition IDR taxes paid, 1255.00, taxes and request for early determination filed with state and IRS.

Final report ready 10.05.10, submitted UST 10.26.10.

**Initial Projected Date Of Final Report (TFR):**     08/30/2009          **Current Projected Date Of Final Report (TFR):**     06/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Checking Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2009 | | Transfer From Acct#******5428 | transfer of funds from money market to checking account to pay real estate counsel fees | 9999-000 | $425.00 | | $425.00 |
| 11/25/2009 | 2 | Peter Wifler | Fees for real estate counsel pursuant to order of 11.22.09 | 3210-600 | | $425.00 | $0.00 |
| 04/28/2010 | | Transfer From # ******5428 | Transfer For Bond Payment | 9999-000 | $44.23 | | $44.23 |
| 04/28/2010 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $44.23 | $0.00 |
| 05/28/2010 | | Transfer From Acct#******5428 | transfer of funds from money market to checking account to pay post petition IL Dept of Rev., taxes. | 9999-000 | $1,255.00 | | $1,255.00 |
| 05/28/2010 | 4 | Illinois Department of Revenue | State taxes (post- petition) | 4800-000 | | $1,255.00 | $0.00 |
| | | | **TOTALS:** | | $1,724.23 | $1,724.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,724.23 | $0.00 | |
| | | | Subtotal | | $0.00 | $1,724.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,724.23 | |

| For the period of 6/16/2008 to 12/17/2010 | | For the entire history of the account between 11/25/2009 to 12/17/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,724.23 | Total Internal/Transfer Receipts: | $1,724.23 |
| | | | |
| Total Compensable Disbursements: | $1,724.23 | Total Compensable Disbursements: | $1,724.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,724.23 | Total Comp/Non Comp Disbursements: | $1,724.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- |
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (1) | Attorney's Title Guaranty Fund, Inc. | Proceeds from sale of residence, trustee pd some delinquent mortgage expenses to hold deal together. | 1110-000 | $51,978.00 | | $51,978.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.92 | | $51,979.92 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.14 | | $51,982.06 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.21 | | $51,984.27 |
| 11/25/2009 | | Transfer To Acct#******5428 | Compensation to real estate counsel, see order dated 9.22.109 | 9999-000 | | $425.00 | $51,559.27 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.13 | | $51,561.40 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.19 | | $51,563.59 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.19 | | $51,565.78 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.98 | | $51,567.76 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.19 | | $51,569.95 |
| 04/28/2010 | | Transfer To # ******5428 | Transfer For Bond Payment | 9999-000 | | $44.23 | $51,525.72 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.12 | | $51,527.84 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.18 | | $51,530.02 |
| 05/28/2010 | | Transfer To Acct#******5428 | | 9999-000 | | $1,255.00 | $50,275.02 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.07 | | $50,277.09 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.14 | | $50,279.23 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.14 | | $50,281.37 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.07 | | $50,283.44 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.14 | | $50,285.58 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.07 | | $50,287.65 |

**SUBTOTALS**  $52,011.88    $1,724.23

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $52,011.88 | $1,724.23 | $50,287.65 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,724.23 | |
| | | | Subtotal | | $52,011.88 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $52,011.88 | $0.00 | |

**For the period of 6/16/2008 to 12/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $52,011.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,011.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,724.23 |

**For the entire history of the account between 07/31/2009 to 12/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $52,011.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,011.88 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,724.23 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $52,011.88 | $1,724.23 | $50,287.65 |

**For the period of 6/16/2008 to 12/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $52,011.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,011.88 |
| Total Internal/Transfer Receipts: | $1,724.23 |
| | |
| Total Compensable Disbursements: | $1,724.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,724.23 |
| Total Internal/Transfer Disbursements: | $1,724.23 |

**For the entire history of the case between 06/16/2008 to 12/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $52,011.88 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,011.88 |
| Total Internal/Transfer Receipts: | $1,724.23 |
| | |
| Total Compensable Disbursements: | $1,724.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,724.23 |
| Total Internal/Transfer Disbursements: | $1,724.23 |

| Case No.: | 08-15428 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | LOHRSTORFER, RICHARD | | | | | | | Date: | 12/17/2010 |
| Claims Bar Date: | 01/27/2009 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 EAST MONROE SUITE 1004<br>CHICAGO IL 60603 | 09/20/2009 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,850.59 | $5,850.59 | $0.00 | $0.00 | $0.00 | $5,850.59 |
| | POPOWCER KATTEN, LTD.<br><br>35 E. Wacker, #1550<br>Chicago IL 60601-2207 | 04/30/2010 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| **Claim Notes:** | Reduced from 1,247.00 to 1,000.00 | | | | | | | | | | | |
| | SMITHAMUNDSEN LLC<br><br>150 N. Michigan #3300<br>Chicago IL 60601 | 04/30/2010 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $10,777.50 | $10,777.50 | $0.00 | $0.00 | $0.00 | $10,777.50 |
| | PETER WIFLER<br><br>Salvi Salvi & Wifler<br>335 Chancery Ln.,<br>Lake Zurich IL 60047 | 11/25/2009 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $425.00 | $425.00 | $425.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | paid pursuant to order of 9.22.09, fees for special counsel | | | | | | | | | | | |
| 1 | FORD MOTOR CREDIT COMPANY LLC<br>PO Box 5500, Drawer 55-953<br>Detroit MI 48255 | 07/02/2008 | Personal Prop & Intang - Consensual | Disallowed | 4210-000 | $0.00 | $7,594.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | objected to and the secured value is zero per order of 8.11.09. | | | | | | | | | | | |
| 2 | JOHN R BUCZYNA<br><br>1450 E American Lane Suite 1925<br>Schaumburg IL 60173 | 07/14/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,936.41 | $54,936.41 | $0.00 | $0.00 | $0.00 | $54,936.41 |
| 3 | DISCOVER BANK<br><br>PO Box 3025<br>New Albany OH 430543025 | 11/11/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,428.12 | $6,428.12 | $0.00 | $0.00 | $0.00 | $6,428.12 |

| Case No.: | 08-15428 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | | Date: | 12/17/2010 |
| Claims Bar Date: | 01/27/2009 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ECAST SETTLEMENT CORP., ASSIGNEE HSBC BANK NEVADA<br>ECast Settlement Corporation<br>POB 35480<br>Newark NJ 071935480 | 11/12/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $260.75 | $260.75 | $0.00 | $0.00 | $0.00 | $260.75 |
| **Claim Notes:** | (4-1) Credit Card Debt<br>Edited the Creditors name to include the assignee HSBC Nevada. | | | | | | | | | | | |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF HSBC BANK NEVADA<br>eCast Settlement Corporation<br>POB 35480<br>Newark NJ 071935480 | 11/12/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,023.42 | $8,023.42 | $0.00 | $0.00 | $0.00 | $8,023.42 |
| **Claim Notes:** | (5-1) Credit Card Debt<br>Edited the Creditors name to include the assignee HSBC Nevada. | | | | | | | | | | | |
| 6 | CHASE BANK USA, NA, AGENT WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>Seattle WA 98124 | 11/13/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,570.87 | $12,570.87 | $0.00 | $0.00 | $0.00 | $12,570.87 |
| 7 | PYOD AS ASSIGNEE OF CITIBANK<br>Agent<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 296030587 | 11/18/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,365.19 | $2,365.19 | $0.00 | $0.00 | $0.00 | $2,365.19 |
| **Claim Notes:** | Edited the Creditors name to include the assignor, Citibank | | | | | | | | | | | |
| 8 | GE MONEY BANK DBA RITZ CAMERA/GEMB<br>Agent Recovery Management Systtem Corp., for GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 11/20/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $601.11 | $601.11 | $0.00 | $0.00 | $0.00 | $601.11 |

# CLAIM ANALYSIS REPORT

| Case No.: | 08-15428 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | | Date: | 12/17/2010 |
| Claims Bar Date: | 01/27/2009 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | AMERICAN EXPRESS CENTURION BANK<br>Agent, Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 11/26/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,290.44 | $1,290.44 | $0.00 | $0.00 | $0.00 | $1,290.44 |
| **Claim Notes:** | (9-1) Credit Card Debt | | | | | | | | | | | |
| 10 | CHASE BANK USA,N.A<br><br>Agent, Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas Tx 75374 | 12/04/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,155.52 | $1,155.52 | $0.00 | $0.00 | $0.00 | $1,155.52 |
| 11 | GE MONEY BANK, DBA JCPENNEY REWARDS MASTERCARD<br>Agent for GE Money Bank<br>Recovery Management Systems Corporation<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 12/30/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,843.98 | $12,843.98 | $0.00 | $0.00 | $0.00 | $12,843.98 |
| 12 | GE MONEY BANK DBA MEIJER PLATINUM MC<br>Agent for GE Money Bank<br>Recovery Mangement Systems Corp.<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 12/30/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,166.46 | $1,166.46 | $0.00 | $0.00 | $0.00 | $1,166.46 |
| 13 | SALLIE MAE<br><br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Wilkes-Barre Pa 18706 | 01/17/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $62,303.00 | $62,303.00 | $0.00 | $0.00 | $0.00 | $62,303.00 |
| 14 | SALLIE MAE<br><br>c/o Sallie Mae Inc.<br>220 Lasley Avenue<br>Wilkes-Barre Pa 18706 | 01/17/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $43,965.73 | $43,965.73 | $0.00 | $0.00 | $0.00 | $43,965.73 |

# CLAIM ANALYSIS REPORT

| Case No.: | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Date: | 12/17/2010 |
| Claims Bar Date: | 01/27/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | SALLIE MAE<br><br>c/o Sallie Mae Inc.<br>220 Lasley Avenue<br>Wilkes-Barre Pa 18706 | 01/17/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,712.99 | $22,712.99 | $0.00 | $0.00 | $0.00 | $22,712.99 |
| 16 | FIA CARD SVCS, AS ASSIGNEE OF BANK OF AMERICA,AGENT AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City OK 731248809 | 01/23/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,137.99 | $13,137.99 | $0.00 | $0.00 | $0.00 | $13,137.99 |

**Claim Notes:** Edited the creditor to reflect the assignee American InfoSource LP.

| | | | | | | $269,409.40 | $261,815.07 | $425.00 | $0.00 | $0.00 | $261,390.07 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT                                                          Page No: 5            Exhibit C

| Case No. | 08-15428 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | LOHRSTORFER, RICHARD | Date: | 12/17/2010 |
| Claims Bar Date: | 01/27/2009 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Accountant for Trustee Fees (Other Firm) | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Attorney for Trustee Fees (Other Firm) | $10,777.50 | $10,777.50 | $0.00 | $0.00 | $0.00 | $10,777.50 |
| General Unsecured 726(a)(2) | $243,761.98 | $243,761.98 | $0.00 | $0.00 | $0.00 | $243,761.98 |
| Personal Prop & Intang - Consensual | $7,594.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $425.00 | $425.00 | $425.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $5,850.59 | $5,850.59 | $0.00 | $0.00 | $0.00 | $5,850.59 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     08-15428
Case Name:    RICHARD LOHRSTORFER
Trustee Name: Horace Fox, Jr.

Balance on hand:     $50,287.65

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $50,287.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| HORACE FOX, Trustee Fees | $5,850.59 | $0.00 | $5,850.59 |
| SmithAmundsen LLC, Attorney for Trustee Fees | $10,777.50 | $0.00 | $10,777.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |

Total to be paid for chapter 7 administrative expenses:     $17,628.09
Remaining balance:     $32,659.56

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $32,659.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $32,659.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $243,761.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | John R Buczyna | $54,936.41 | $0.00 | $7,360.45 |
| 3 | Discover Bank | $6,428.12 | $0.00 | $861.25 |
| 4 | eCAST Settlement Corp., assignee HSBC Bank Nevada | $260.75 | $0.00 | $34.94 |
| 5 | eCast Settlement Corporation, assignee of HSBC Bank Nevada | $8,023.42 | $0.00 | $1,074.99 |
| 6 | CHASE BANK USA, NA, Agent Weinstein and Riley, PS | $12,570.87 | $0.00 | $1,684.26 |
| 7 | PYOD as assignee of Citibank | $2,365.19 | $0.00 | $316.89 |
| 8 | GE Money Bank dba Ritz Camera/GEMB | $601.11 | $0.00 | $80.54 |
| 9 | American Express Centurion Bank | $1,290.44 | $0.00 | $172.89 |
| 10 | Chase Bank USA,N.A | $1,155.52 | $0.00 | $154.82 |
| 11 | GE Money Bank, dba JCPenney Rewards Mastercard | $12,843.98 | $0.00 | $1,720.85 |
| 12 | GE Money Bank dba Meijer Platinum MC | $1,166.46 | $0.00 | $156.28 |
| 13 | Sallie Mae | $62,303.00 | $0.00 | $8,347.44 |
| 14 | Sallie Mae | $43,965.73 | $0.00 | $5,890.59 |
| 15 | Sallie Mae | $22,712.99 | $0.00 | $3,043.12 |
| 16 | FIA Card Svcs, as assignee of Bank of America,Agent AMERICAN INFOSOURCE LP AS ITS AGENT | $13,137.99 | $0.00 | $1,760.25 |

Total to be paid to timely general unsecured claims:    $32,659.56
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |