UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 08-15428 |
|---|---|---|
| | § | |
| RICHARD LOHRSTORFER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 1/13/2011, in Courtroom 742, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/17/2010          By:  /s/ Horace Fox, Jr.
                                       (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST-Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| In re: | § | Case No. 08-15428 |
|---|---|---|
| | § | |
| RICHARD LOHRSTORFER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                     $52,011.88
*and approved disbursements of*                      $1,724.23
*leaving a balance on hand of*[1]:                       $50,287.65

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:      $0.00
Remaining balance:      $50,287.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| HORACE FOX, Trustee Fees | $5,850.59 | $0.00 | $5,850.59 |
| SmithAmundsen LLC, Attorney for Trustee Fees | $10,777.50 | $0.00 | $10,777.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |

Total to be paid for chapter 7 administrative expenses:      $17,628.09
Remaining balance:      $32,659.56

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST-Form 101-7-NFR (9/1/2009)

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $32,659.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $32,659.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $243,761.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | John R Buczyna | $54,936.41 | $0.00 | $7,360.45 |
| 3 | Discover Bank | $6,428.12 | $0.00 | $861.25 |
| 4 | eCAST Settlement Corp., assignee HSBC Bank Nevada | $260.75 | $0.00 | $34.94 |
| 5 | eCast Settlement Corporation, assignee of HSBC Bank Nevada | $8,023.42 | $0.00 | $1,074.99 |
| 6 | CHASE BANK USA, NA, Agent Weinstein and Riley, PS | $12,570.87 | $0.00 | $1,684.26 |
| 7 | PYOD as assignee of Citibank | $2,365.19 | $0.00 | $316.89 |
| 8 | GE Money Bank dba Ritz Camera/GEMB | $601.11 | $0.00 | $80.54 |
| 9 | American Express Centurion Bank | $1,290.44 | $0.00 | $172.89 |
| 10 | Chase Bank USA,N.A | $1,155.52 | $0.00 | $154.82 |
| 11 | GE Money Bank, dba JCPenney Rewards Mastercard | $12,843.98 | $0.00 | $1,720.85 |

UST-Form 101-7-NFR (9/1/2009)

| 12 | GE Money Bank dba Meijer Platinum MC | $1,166.46 | $0.00 | $156.28 |
|---|---|---|---|---|
| 13 | Sallie Mae | $62,303.00 | $0.00 | $8,347.44 |
| 14 | Sallie Mae | $43,965.73 | $0.00 | $5,890.59 |
| 15 | Sallie Mae | $22,712.99 | $0.00 | $3,043.12 |
| 16 | FIA Card Svcs, as assignee of Bank of America,Agent AMERICAN INFOSOURCE LP AS ITS AGENT | $13,137.99 | $0.00 | $1,760.25 |

Total to be paid to timely general unsecured claims:   $32,659.56
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE


Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE



Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00



Prepared By:   /s/ Horace Fox, Jr.
Trustee

UST-Form 101-7-NFR (9/1/2009)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                 Page 1 of 2                  Date Rcvd: Dec 20, 2010
Case: 08-15428                 Form ID: pdf006             Total Noticed: 44


The following entities were noticed by first class mail on Dec 22, 2010.
db          +Richard Lohrstorfer,    9900 N. Milwaukee,    Des Plaines, IL 60016-1820
aty         +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,    Suite 300,
              Chicago, IL 60603-1896
aty         +Ean L Kryska,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
aty         +James M Kelly,    Law Offices of James Kelly,    119 North Northwest Highway,
              Palatine, IL 60067-5324
12906807     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12330898    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
12330899     Bank Of America,    De5-019-03-07,    Newark, DE  19714
12330900    +Barry Alpert PHD,    666 Dundee Road, #1302,    Northbrook, IL 60062-2736
12862784    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14361686     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12330921    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,    Po Box 1093,   Northridge, CA  91328)
12330901    +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
12330902    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12931114    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12330903    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12382134    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    PO Box 537901,
              Livonia MI  48153-9905)
14204231    +Ford Cred,    POB 542000,    Omaha, NE 68154-8000
12330905    +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
12330909    +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
12330910    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12330911    +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
12330897    +Law Offices of James M Kelly,    119 N Northwest Highway,    Palatine, IL 60067-5324
12330896    +Lohrstorfer Richard,    9900 N Milwaukee Ave,    Des Plaines, IL 60016-1820
12330914    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12330915    +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13053575    +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
12330917    +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
12330918    +Sst/columbus Bank&trus,    Po Box 84024,    Columbus, GA 31908-4024
12330919    +The Law Offices Of John Buczyna,    1450 E. American Lane, #1925,    Schaumburg, IL 60173-5492
12840010     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 20, 2010.
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                             Horace Fox, JR,    Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
12836837     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2010 01:18:29
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12330904    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2010 01:18:29      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13081837     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2010 01:16:38
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
12330906     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2010 01:21:48      Gemb/jc Penney Dc,
              c/o Recovery Management Systems,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12330907    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2010 01:21:48      Gemb/meijer Dc,    Po Box 981400,
              El Paso, TX 79998-1400
12330908    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2010 01:21:48      Gemb/ritz Camera,    Po Box 981439,
              El Paso, TX 79998-1439
12330913    +E-mail/PDF: cr-bankruptcy@kohls.com Dec 21 2010 01:17:01      Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12330916    +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
12873630     E-mail/Text: resurgentbknotifications@resurgent.com
              PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12885407    +E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2010 01:21:48
              Recovery Management Systems Corporation,    For GE Money Bank,    dba RITZ CAMERA/GEMB,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12999743    +E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2010 01:21:48
              Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER PLATINUM MC,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12999738    +E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2010 01:21:48
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY REWARDS MASTERCARD,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12330920    +E-mail/Text: vci.bkcy@vwcredit.com                          Vw Credit Inc,    1401 Franklin Blvd,
              Libertyville, IL 60048-4460
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             SmithAmundsen LLC
```

```
District/off: 0752-1          User: wepps              Page 2 of 2               Date Rcvd: Dec 20, 2010
Case: 08-15428                Form ID: pdf006          Total Noticed: 44

aty*         +Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,    Chicago, IL 60603-2704
14204233*    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual FA,    POB 1093,    Northridge, CA 91328)
14204232*    +VW Credit Inc,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
12840011*     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
12411725     ##+John R Buczyna,    1450 E American Lane Suite 1925,    Schaumburg, IL 60173-5492
12330912     ##+Kathleen Lohrstorfer,    900 N. Quince Lane,    Mt. Prospect, IL 60056-1502
                                                                                TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                    **Signature:**    *Joseph Speetjens*