UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-15428 |
| | § | |
| RICHARD LOHRSTORFER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $22,908.63 | Assets Exempt: | $9,558.63 |
| Total Distributions to Claimants: | $33,917.53 | Claims Discharged Without Payment: | $332,197.50 |
| Total Expenses of Administration: | $18,097.32 | | |

3) Total gross receipts of $52,014.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $52,014.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $176,167.00 | $8,849.33 | $1,255.00 | $1,255.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $18,097.32 | $18,097.32 | $18,097.32 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $278,537.05 | $243,761.98 | $243,761.98 | $32,662.53 |
| **Total Disbursements** | $454,704.05 | $270,708.63 | $263,114.30 | $52,014.85 |

4).  This case was originally filed under chapter 7 on 06/16/2008.  The case was pending for 38 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/25/2011         By:    /s/ Horace Fox, Jr.
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 900 N. Quince, Mount Prospect, IL (estimated equitiy of debtor - $100,000.00) - no exemption claime | 1110-000 | $51,978.00 |
| Interest Earned | 1270-000 | $36.85 |
| **TOTAL GROSS RECEIPTS** | | $52,014.85 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4210-000 | $8,595.00 | $7,594.33 | $0.00 | $0.00 |
|  | FORD CREDIT | 4210-000 | $8,595.00 | NA | $0.00 | $0.00 |
|  | Illinois Department of Revenue | 4800-000 | NA | $1,255.00 | $1,255.00 | $1,255.00 |
|  | VW CREDIT INC. | 4210-000 | $439.00 | NA | $0.00 | $0.00 |
|  | Washington Mutual Fa | 4110-000 | $158,538.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $176,167.00 | $8,849.33 | $1,255.00 | $1,255.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HORACE FOX, Trustee | 2100-000 | NA | $5,850.59 | $5,850.59 | $5,850.59 |
| International Sureties, LTD. | 2300-000 | NA | $44.23 | $44.23 | $44.23 |
| SmithAmundsen LLC, Attorney for Trustee | 3210-000 | NA | $10,777.50 | $10,777.50 | $10,777.50 |
| Peter Wifler, Special Counsel for Trustee | 3210-600 | NA | $425.00 | $425.00 | $425.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $18,097.32 | $18,097.32 | $18,097.32 |

UST Form 101-7-TDR (5/1/2011)

**CHARGES**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | $6,195.00 | $6,428.12 | $6,428.12 | $861.33 |
| 4 | eCAST Settlement Corp., assignee HSBC Bank Nevada | 7100-000 | NA | $260.75 | $260.75 | $34.94 |
| 5 | eCast Settlement Corporation, assignee of HSBC Bank Nevada | 7100-000 | NA | $8,023.42 | $8,023.42 | $1,075.09 |
| 6 | CHASE BANK USA, NA, Agent Weinstein and Riley, PS | 7100-000 | $12,245.00 | $12,570.87 | $12,570.87 | $1,684.42 |
| 7 | PYOD as assignee of Citibank | 7100-000 | $2,199.00 | $2,365.19 | $2,365.19 | $316.92 |
| 8 | GE Money Bank dba Ritz Camera/GEMB | 7100-000 | $471.00 | $601.11 | $601.11 | $80.54 |
| 9 | American Express Centurion Bank | 7100-000 | $1,021.00 | $1,290.44 | $1,290.44 | $172.91 |
| 10 | Chase Bank USA,N.A | 7100-000 | NA | $1,155.52 | $1,155.52 | $154.83 |
| 11 | GE Money Bank, dba JCPenney Rewards Mastercard | 7100-000 | $12,250.00 | $12,843.98 | $12,843.98 | $1,721.01 |
| 12 | GE Money Bank dba Meijer Platinum MC | 7100-000 | $1,104.00 | $1,166.46 | $1,166.46 | $156.30 |
| 13 | Sallie Mae | 7100-000 | $69,217.00 | $62,303.00 | $62,303.00 | $8,348.20 |
| 14 | Sallie Mae | 7100-000 | $41,848.00 | $43,965.73 | $43,965.73 | $5,891.12 |
| 15 | Sallie Mae | 7100-000 | $10,889.00 | $22,712.99 | $22,712.99 | $3,043.39 |
| 16 | FIA Card Svcs, as assignee of Bank of America,Agent AMERICAN INFOSOURCE | 7100-000 | NA | $13,137.99 | $13,137.99 | $1,760.41 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| LP AS ITS AGENT | | | | | |
| Bank Of America | 7100-000 | $13,137.00 | NA | NA | $0.00 |
| Barry Alpert PHD | 7100-000 | $1,430.00 | NA | NA | $0.00 |
| Cap One | 7100-000 | $4,105.00 | NA | NA | $0.00 |
| CLERK, U.S. BANKRUPTCY COURT (Claim No. 2; John R Buczyna) | 7100-001 | $0.00 | $54,936.41 | $54,936.41 | $7,361.12 |
| Harris N A | 7100-000 | $1,471.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $7,632.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $242.00 | NA | NA | $0.00 |
| Hsbc/carsn | 7100-000 | $1,162.00 | NA | NA | $0.00 |
| Kathleen Lohrstorfer | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls/chase | 7100-000 | $1,065.00 | NA | NA | $0.00 |
| Mcydsnb | 7100-000 | $914.00 | NA | NA | $0.00 |
| National City Card Ser | 7100-000 | $14,449.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $81.00 | NA | NA | $0.00 |
| Sst/columbus Bank&trus | 7100-000 | $20,766.00 | NA | NA | $0.00 |
| The Law Offices Of John Buczyna | 7100-000 | $54,205.05 | NA | NA | $0.00 |
| Vw Credit Inc | 7100-000 | $439.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $278,537.05 | $243,761.98 | $243,761.98 | $32,662.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 08-15428 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | LOHRSTORFER, RICHARD | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 8/25/2011 | §341(a) Meeting Date: | 07/14/2008 |
| | | Claims Bar Date: | 01/27/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  900 N. Quince, Mount Prospect, IL (estimated equitiy of debtor - $100,000.00) - no exemption claime | $360,000.00 | $51,978.00 | | $51,978.00 | FA |
| Asset Notes:  debtor's spouse owns property also. We paid $5412.84 to the seller ( mortgage costs, debtor was to have paid )to keep this deal alive after 2 contracts fell through. | | | | | |
| 2  Cash | $200.00 | $0.00 | DA | $0.00 | FA |
| 3  Bank Accounts | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4  Household goods (u) | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 5  Clothing | $600.00 | $0.00 | DA | $0.00 | FA |
| 6  Clothing | $600.00 | $0.00 | DA | $0.00 | FA |
| 7  2002 Mitsubishi Galant DE Sedan 4D, owned jointly. (u) | $2,580.00 | $2,580.00 | DA | $0.00 | FA |
| Asset Notes:  1290.00 at issue will be abandoned. | | | | | |
| 8  2002 Volkswagen Jetta GL Sedan 4D | $6,270.00 | $3,431.00 | DA | $0.00 | FA |
| Asset Notes:  Title is in the name of debtor and daughter | | | | | |
| 9  2004 Ford Focus SE Sedan 4D (u) | $4,900.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes:  amended b, c and d filed. vehicle is jointly owned | | | | | |
| 10  life insurance | $4,758.63 | $0.00 | DA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $36.85 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**
$382,908.63    $59,989.00        $52,014.85    $0.00

**Major Activities affecting case closing:**
100k equity ea spouse/ getting prop settle ag and broker info. Hire broker
Attorney hired.  Motion to approve sale of real estate, set  1.22.09
Sale of residence fell through today due to seasonal work of husband.  Bank who knew of this problem won't close till he receives a paycheck in early March.
2.12.09 mtn to employ Peter Wilfer as sp cnsl to close r/e transaction set for 2.13.09.  Second closing fell through due to concerns about the roof, which may need to be replaced.  Still attempting to seel r/e.
Filed motion to sell residence after 2 contracts fell through.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Date Filed (f) or Converted (c): | 06/16/2008 (f) |
| For the Period Ending: | 8/25/2011 | | §341(a) Meeting Date: | 07/14/2008 |
| | | | Claims Bar Date: | 01/27/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Got Hud-1.

Requested acct., accountant hired, forwarded forms 1 and 2 and taxes to acct, requested time estimates, examined claims.
1.7.10 accountant employed.  Forwarded forms 1 and 2 to Lois West.  Need her fees and fees for attorney.

5.14.10 Emailed accoutant forms 1 and 2  and Hud 1, requesting taxes.  E mailed attorney for debtor for basis of r/e sold and balance on mtge.  Tee and attorney fee apps prepared.
5.28.10
Post petition IDR taxes paid, 1255.00, taxes and request for early determination filed with state and IRS.

Final report ready 10.05.10, submitted UST 10.26.10.
Call from Mr. Lohrstorfer   (new address 204 North Rohlwing Palatine Il 60074 indicating he got mail asking correct address for Kathleen lohrstorfer,  Buczyna, Smith Amundsen.  He will send the address to me.  2.3.2011

| **Initial Projected Date Of Final Report (TFR):** | 08/30/2009 | **Current Projected Date Of Final Report (TFR):** | 06/30/2011 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | | Checking Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2009 | | Transfer From Acct#******5428 | transfer of funds from money market to checking account to pay real estate counsel fees | 9999-000 | $425.00 | | $425.00 |
| 11/25/2009 | 2 | Peter Wifler | Fees for real estate counsel pursuant to order of 11.22.09 | 3210-600 | | $425.00 | $0.00 |
| 04/28/2010 | | Transfer From # ******5428 | Transfer For Bond Payment | 9999-000 | $44.23 | | $44.23 |
| 04/28/2010 | 3 | International Sureties, LTD. | Bond Payment | 2300-000 | | $44.23 | $0.00 |
| 05/28/2010 | | Transfer From Acct#******5428 | transfer of funds from money market to checking account to pay post petition IL Dept of Rev., taxes. | 9999-000 | $1,255.00 | | $1,255.00 |
| 05/28/2010 | 4 | Illinois Department of Revenue | State taxes (post- petition) | 4800-000 | | $1,255.00 | $0.00 |
| 01/13/2011 | | Transfer From: # ******5428 | Transfer to Close Account | 9999-000 | $50,290.62 | | $50,290.62 |
| 01/13/2011 | 5 | HORACE FOX | Trustee Compensation | 2100-000 | | $5,850.59 | $44,440.03 |
| 01/13/2011 | 6 | SmithAmundsen LLC | Final Dividend: 21.43; Amount Allowed: 10,777.50; | 3210-000 | | $10,777.50 | $33,662.53 |
| 01/13/2011 | 7 | Popowcer Katten, Ltd. | Final Dividend: 1.98; Amount Allowed: 1,000.00; | 3410-000 | | $1,000.00 | $32,662.53 |
| 01/13/2011 | 8 | CLERK, U.S. BANKRUPTCY COURT | Check returned from John R Buczynan-Final Claim #: 2; Dividend: 14.63; Amount Allowed: 54,936.41; | 7100-001 | | $7,361.12 | $25,301.41 |
| 01/13/2011 | 9 | Discover Bank | Final Claim #: 3; Dividend: 1.71; Amount Allowed: 6,428.12; | 7100-000 | | $861.33 | $24,440.08 |
| 01/13/2011 | 10 | eCAST Settlement Corp., assignee HSBC Bank Nevada | Final Claim #: 4; Dividend: 0.06; Amount Allowed: 260.75; | 7100-000 | | $34.94 | $24,405.14 |
| 01/13/2011 | 11 | eCast Settlement Corporation, assignee of HSBC Bank Nevada | Final Claim #: 5; Dividend: 2.13; Amount Allowed: 8,023.42; | 7100-000 | | $1,075.09 | $23,330.05 |
| 01/13/2011 | 12 | CHASE BANK USA, NA, Agent Weinstein and Riley, PS | Final Claim #: 6; Dividend: 3.34; Amount Allowed: 12,570.87; | 7100-000 | | $1,684.42 | $21,645.63 |
| 01/13/2011 | 13 | PYOD as assignee of Citibank | Final Claim #: 7; Dividend: 0.63; Amount Allowed: 2,365.19; | 7100-000 | | $316.92 | $21,328.71 |
| 01/13/2011 | 14 | GE Money Bank dba Ritz Camera/GEMB | Final Claim #: 8; Dividend: 0.16; Amount Allowed: 601.11; | 7100-000 | | $80.54 | $21,248.17 |
| 01/13/2011 | 15 | American Express Centurion Bank | Final Claim #: 9; Dividend: 0.34; Amount Allowed: 1,290.44; | 7100-000 | | $172.91 | $21,075.26 |
| 01/13/2011 | 16 | Chase Bank USA,N.A | Final Claim #: 10; Dividend: 0.30; Amount Allowed: 1,155.52; | 7100-000 | | $154.83 | $20,920.43 |
| | | | SUBTOTALS | | $52,014.85 | $31,094.42 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | | Checking Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2011 | 17 | GE Money Bank, dba JCPenney Rewards Mastercard | Final Claim #: 11; Dividend: 3.42; Amount Allowed: 12,843.98; | 7100-000 | | $1,721.01 | $19,199.42 |
| 01/13/2011 | 18 | GE Money Bank dba Meijer Platinum MC | Final Claim #: 12; Dividend: 0.31; Amount Allowed: 1,166.46; | 7100-000 | | $156.30 | $19,043.12 |
| 01/13/2011 | 19 | Sallie Mae | Final Claim #: 13; Dividend: 16.59; Amount Allowed: 62,303.00; | 7100-000 | | $8,348.20 | $10,694.92 |
| 01/13/2011 | 20 | Sallie Mae | Final Claim #: 14; Dividend: 11.71; Amount Allowed: 43,965.73; | 7100-000 | | $5,891.12 | $4,803.80 |
| 01/13/2011 | 21 | Sallie Mae | Final Claim #: 15; Dividend: 6.05; Amount Allowed: 22,712.99; | 7100-000 | | $3,043.39 | $1,760.41 |
| 01/13/2011 | 22 | FIA Card Svcs, as assignee of Bank of America,Agent AMERICAN | Final Claim #: 16; Dividend: 3.50; Amount Allowed: 13,137.99; | 7100-000 | | $1,760.41 | $0.00 |
| 01/26/2011 | 8 | STOP PAYMENT: CLERK, U.S. BANKRUPTCY COURT | Final Claim #: 2; Dividend: 14.63; Amount Allowed: 54,936.41; | 7100-004 | | ($7,361.12) | $7,361.12 |
| 01/26/2011 | 23 | CLERK, U.S. BANKRUPTCY COURT | Final Claim #: 2; Dividend: 14.63; Amount Allowed: 54,936.41; | 7100-001 | | $7,361.12 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $20,920.43 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Checking Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $52,014.85 | $52,014.85 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $52,014.85 | $0.00 | |
| | | | **Subtotal** | $0.00 | $52,014.85 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $0.00 | $52,014.85 | |

| For the period of 6/16/2008 to 8/25/2011 | | For the entire history of the account between 11/25/2009 to 8/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $52,014.85 | Total Internal/Transfer Receipts: | $52,014.85 |
| | | | |
| Total Compensable Disbursements: | $52,014.85 | Total Compensable Disbursements: | $52,014.85 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,014.85 | Total Comp/Non Comp Disbursements: | $52,014.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-15428 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2009 | (1) | Attorney's Title Guaranty Fund, Inc. | Proceeds from sale of residence, trustee pd some delinquent mortgage expenses to hold deal together. | 1110-000 | $51,978.00 | | $51,978.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.92 | | $51,979.92 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.14 | | $51,982.06 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.21 | | $51,984.27 |
| 11/25/2009 | | Transfer To Acct#******5428 | Compensation to real estate counsel, see order dated 9.22.109 | 9999-000 | | $425.00 | $51,559.27 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.13 | | $51,561.40 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.19 | | $51,563.59 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.19 | | $51,565.78 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.98 | | $51,567.76 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.19 | | $51,569.95 |
| 04/28/2010 | | Transfer To # ******5428 | Transfer For Bond Payment | 9999-000 | | $44.23 | $51,525.72 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.12 | | $51,527.84 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.18 | | $51,530.02 |
| 05/28/2010 | | Transfer To Acct#******5428 | | 9999-000 | | $1,255.00 | $50,275.02 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.07 | | $50,277.09 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.14 | | $50,279.23 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.14 | | $50,281.37 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.07 | | $50,283.44 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.14 | | $50,285.58 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.07 | | $50,287.65 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.14 | | $50,289.79 |
| 01/13/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 1/13/2011 | 1270-000 | $0.83 | | $50,290.62 |
| 01/13/2011 | | Transfer To: # ******5428 | Transfer to Close Account | 9999-000 | | $50,290.62 | $0.00 |
| | | | | **SUBTOTALS** | **$52,014.85** | **$52,014.85** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 08-15428 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | LOHRSTORFER, RICHARD | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/16/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $52,014.85 | $52,014.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $52,014.85 | |
| | | | **Subtotal** | | $52,014.85 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $52,014.85 | $0.00 | |

**For the period of 6/16/2008 to 8/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $52,014.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,014.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $52,014.85 |

**For the entire history of the account between 07/31/2009 to 8/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $52,014.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,014.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $52,014.85 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15428 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | LOHRSTORFER, RICHARD | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******2047 | Money Market Acct #: | ******5428 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/16/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $52,014.85 | $52,014.85 | $0.00 |

**For the period of 6/16/2008 to 8/25/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $52,014.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,014.85 |
| Total Internal/Transfer Receipts: | $52,014.85 |
| | |
| Total Compensable Disbursements: | $52,014.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,014.85 |
| Total Internal/Transfer Disbursements: | $52,014.85 |

**For the entire history of the case between 06/16/2008 to 8/25/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $52,014.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,014.85 |
| Total Internal/Transfer Receipts: | $52,014.85 |
| | |
| Total Compensable Disbursements: | $52,014.85 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $52,014.85 |
| Total Internal/Transfer Disbursements: | $52,014.85 |